Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook & Stone
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: CBrown@shookandstone.com

Attorneys for Plaintiff
Michael Earl Lowe

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL EARL LOWE, | Case No.: 2:21-cv-00605-EJY |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE ELAYNA J. YOUCHAH, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Michael Earl Lowe

-1-

1  be awarded attorney fees in the amount of One Thousand, Three Hundred dollars
2  ($1,300.00) and expenses in the amount of zero dollars ($0.00) under the Equal
3  Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of
4  zero dollars ($0.00) under 28 U.S.C. § 1920.  This amount represents
5  compensation for all legal services rendered on behalf of Plaintiff by counsel in
6  connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).
7         After the Court issues an order for EAJA fees to Michael Earl Lowe, the
8  government will consider the matter of Michael Earl Lowe's assignment of EAJA
9  fees to Marc Kalagian.  The retainer agreement containing the assignment is
10 attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010),
11 the ability to honor the assignment will depend on whether the fees are subject to
12 any offset allowed under the United States Department of the Treasury's Offset
13 Program.  After the order for EAJA fees is entered, the government will determine
14 whether they are subject to any offset.
15        Fees shall be made payable to Michael Earl Lowe, but if the Department of
16 the Treasury determines that Michael Earl Lowe does not owe a federal debt, then
17 the government shall cause the payment of fees and expenses to be made directly
18 to Law Offices of Rohlfing & Kalagian, pursuant to the assignment executed by
19 Michael Earl Lowe.[1]  Any payments made shall be delivered to Marc Kalagian.
20        This stipulation constitutes a compromise settlement of Michael Earl
21 Lowe's request for EAJA attorney fees, and does not constitute an admission of
22 liability on the part of Defendant under the EAJA or otherwise.  Payment of the
23 agreed amount shall constitute a complete release from, and bar to, any and all

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

claims that Michael Earl Lowe and/or Marc Kalagian including Law Offices of Rohlfing & Kalagian may have relating to EAJA attorney fees in connection with this action.

    This award is without prejudice to the rights of Marc Kalagian and/or the Law Offices of Rohlfing & Kalagian to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: November 23, 2021    Respectfully submitted,

LAW OFFICES OF ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*

BY: _____
Marc V. Kalagian
Attorney for plaintiff
MICHAEL EARL LOWE

DATED: November 23, 2021    CHRISTOPHER CHIOU
Acting United States Attorney

/s/ *Allison J. Cheung*
_____
ALLISON J. CHEUNG
Special Assistant United States Attorney
Attorneys for Defendant
KILOLO KIJAKAZI, Acting Commissioner of
Social Security (Per e-mail authorization)

## ORDER

Approved and so ordered:

DATE: November 24, 2021

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES Magistrate JUDGE